JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE LARRABEE,<br><br>    Petitioner,<br><br>    v.<br><br>MARCUS POLLARD, Acting Warden,<br><br>    Respondent. | Case No. EDCV 18-0049 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: September 22, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE